**NORTHWESTERN MUTUAL LIFE INSURANCE CO., a Corporation, Appellant, v. Ida S. GROSS et al., Appellees.**

No. 6145.

Circuit Court of Appeals, Ninth Circuit.

Oct. 6, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Ordered judgment of District Court reversed, and cause remanded to said District

Court for entry of judgment in accordance with stipulation of counsel.